AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☒ SUPERSEDING

## OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) - Conspiracy to Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 20 years imprisonment;
Maximum $1,000,000 fine;
Between 3 years and lifetime supervised release;
$100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

### DEFENDANT - U.S

▶ JOSE FRANKLIN RODRIGUEZ GARCIA

FILED
FEB 11 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER
19-0381-07 CRB

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
19-71162 TSH

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    SAILAJA M. PAIDIPATY

## DEFENDANT

### IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | |

**FILED**

FEB 11 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 19-0381-07 CRB |
| Plaintiff, | ) | |
| | ) | VIOLATION: |
| v. | ) | 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to |
| | ) | Distribute and Possess with Intent to Distribute |
| JOSE FRANKLIN RODRIGUEZ GARCIA, | ) | Controlled Substances |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>:    (21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Heroin, and Cocaine Base)

Beginning on a date unknown, but no later than in or about January 2019, and continuing to on or about July 30, 2019, in the Northern District of California and elsewhere, the defendant,

JOSE FRANKLIN RODRIGUEZ GARCIA,

did knowingly and intentionally conspire to distribute and possess with intent to distribute controlled substances, specifically, a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; and a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in

INFORMATION            1

violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

<u>FORFEITURE ALLEGATION</u>:     (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of any the offense alleged in Count One above, the defendant,

JOSE FRANKLIN RODRIGUEZ GARCIA,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment and the following:

    a.    $2,570 seized on June 19, 2019, from a residence on 91st Avenue in Oakland, California.

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property of the defendant pursuant to Title 21, United States Code, Section 853(p), up to the value of the property described above.

//
//
//
//
//

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: February 11, 2020

DAVID L. ANDERSON
United States Attorney

_____
SAILAJA M. PAIDIPATY
Assistant United States Attorney